FILED
JAMES J. WALDRON, CLERK
FEB 2 1 2012
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: **BEST MANUFACTURING GROUP LLC,** Debtor. | Case No.: 06-17415 (DHS) <br> Chapter: 7 <br> Judge: Donald H. Steckroth, U.S.B.J. |

## ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Feb 21, 2012

D. Steckroth
USBJ

Page 2
Debtor: Best Manufacturing Group LLC
Case No.: 06-17415
Caption of Order: **Order**

---

This matter having been opened to the Court upon motion of counsel for California First Leasing Corporation ("CFLC") to compel the Debtors'[1] and Best Textiles International, Ltd.'s ("BTIL") compliance with a Consent Order Regarding the Payment of Administrative Expenses ("Consent Order") and attendant non-use agreements and a cross-motion by BTIL to amend the Consent Order, and the Court having reviewed the pleadings and opposition to the motion filed in this matter by counsel for the Debtors and BTIL and having heard the arguments of counsel, and for the reasons set forth in the Court's Opinion of February 21, 2012, and for good cause shown, it is

ORDERED that CFLC's motion to compel BTIL's compliance with the Consent Order and non-use agreement be and the same is hereby granted and BTIL is determined to have violated the terms of the Consent Order; and it is further

ORDERED that CFLC shall file a certification as to damages within ten (10) days of receipt of this Order; and it is further

ORDERED that BTIL is to file a reply certification, if necessary, seven (7) days thereafter; and it is further

ORDERED that BTIL's cross-motion to amend the Consent Order be and the same is hereby denied.

---

[1] The Debtors are Best Manufacturing Group, LLC; H.W. Baker Linen Co., LLC; Best Realty of New Jersey, LLC; Best: Artex, LLC; and H.W. Baker U.S., Inc.